# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICK HEWITT,                          )
                                         )
                 Petitioner,             )
                                         )
        v.                               )        Civil Action No. 05-1861 (RWR)
                                         )
JOSEPH SMITH,                            )
                                         )
                 Respondent.             )

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 10th day of November, 2005,

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden and the United States Attorney for the District of Columbia.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge