UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PATRICK HEWITT,** | * | Civil. Action No. 05-1861 (RWR) |
| Petitioner, | * | |
| v. | * | |
| | * | |
| **JOSEPH SMITH,** | * | |
| Respondent. | * | |
| | * | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE ITS RESPONSE TO PETITIONER'S PETITION FOR
<u>WRIT OF HABEAS CORPUS</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be allowed to file its response to petitioner's Petition for Writ of Habeas Corpus by no later than February 27, 2006, which is approximately sixty days from the date that the United States' response currently is due. As grounds for this request, the United States represents as follows:

1. In May 2001, petitioner was found guilty in D.C. Superior Court case number F-6766-00 of Voluntary Manslaughter While Armed, Possession of a Firearm During a Crime of Violence, Carrying a Pistol Without a License, and Assault with a Dangerous Weapon.

2. On July 1, 2003, in an unpublished Memorandum Opinion and Judgment, the D.C. Court of Appeals affirmed petitioner's convictions on direct appeal.

3. In his pending petition, petitioner appears to raise a number of claims in support of his view that he is being held in violation of the Constitution.

4. In November 2005, the Court issued an order directing the United States to file its response by December 29, 2005.

5. The United States now seeks an additional sixty days in which to file its response.

6. This extension of time is sought to permit the United States sufficient time to review petitioner's petition, to obtain and review his trial, appellate and other post-conviction files, and to research and prepare our response to his petition. In addition, this extension of time is necessary in light of the prosecutor's workload and deadlines in other pending matters.

7. This extension will not unduly prejudice the petitioner.

8. A proposed order is attached.

**WHEREFORE**, the United States respectfully requests that it be granted until February 27, 2006, to respond to petitioner's petition.

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

ROBERT D. OKUN
Chief, Special Proceedings Section
D.C. Bar Number 457-078
Assistant United States Attorney

_____/s/_____
MARGARET J. CHRISS
Assistant United States Attorney
D.C. Bar Number 452-403
555 Fourth Street, N.W.
Special Proceeding Section
Washington, D.C. 20530
(202) 307-0874

## CERTIFICATE OF SERVICE

     I hereby certify, this 22nd day of December 2005, that I caused a copy of the foregoing Motion and proposed Order to be served by first-class mail, postage pre-paid, upon:

Patrick Hewitt
Fed. Reg. # 03734-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

                                                          _____/s/_____
                                                          Assistant United States Attorney