UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PATRICK HEWITT,** | * | Civil. Action No. 05-1861 (RWR) |
| Petitioner, | * | |
| v. | * | |
| | * | |
| **JOSEPH SMITH,** | * | |
| Respondent. | * | |
| | * | |

### ORDER

Upon consideration of the United States' Motion for Extension of Time in Which to File Its Response to Petitioner's Petition for Writ of Habeas Corpus, the grounds set forth therein, and any opposition or lack thereof, and for good cause shown, it is this \_\_\_\_\_ day of _____, 2006, hereby:

ORDERED that the motion is granted, and that the Government shall file its response to petitioner's motion by no later than February 27, 2006.

 

RICHARD W. ROBERTS
United States District Judge

Copies to:

Margaret J. Chriss
Assistant United States Attorney
555 Fourth Street, N.W.
Special Proceedings Section
United States Attorney's Office
Washington, D.C.  20530

Patrick Hewitt
Fed. Reg. # 03734-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837