UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PATRICK HEWITT,** | : | CIVIL ACTION NO. 05-1861 (RWR) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH SMITH,** | : | |
| Respondent | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case. AUSA Berthrong will substitute for AUSA Margaret Chriss as counsel of record for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

-1-

-2-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the instant notice has been electronically filed with the Court and served by mail upon the defendant, Patrick Hewitt, Fed. Reg. No. 03734-007, USP Lewisburg, P.O. Box 1000, Lewisburg, PA 17837 this 6th day of January, 2006.

 

_____
Sherri L. Berthrong
Assistant U.S. Attorney