UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PATRICK HEWITT,** | : | |
| Petitioner | : | CIVIL ACTION NO. 05-1861 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH SMITH,** | : | |
| Respondent | : | |

**ORDER**

_____Upon consideration of petitioner's Petition for Writ of Habeas Corpus, the United States' Motion To Dismiss, and the entire record in this case, and for the reasons set forth in the United States' motion, it is this _____day of _____, 2006, hereby

**ORDERED** that the petitioner's Petition For Writ of Habeas Corpus is **DISMISSED** because petitioner has failed to demonstrate that his local remedy is inadequate or ineffective to test the legality of his detention.

_____**SO ORDERED.**

_____
RICHARD W. ROBERTS
U.S. DISTRICT COURT JUDGE

Copies To:

Patrick Hewitt
Fed. Reg. No. 03734-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530