# **EXHIBIT C**

# District of Columbia
# Court of Appeals

No. 01-CF-1121

PATRICK HEWITT,

          Appellant,



              F6766-00

v.

UNITED STATES,

          Appellee.

Before: Terry, Schwelb, and Ruiz, Associate Judges.

## ORDER

On consideration of appellant's *pro se* motion to recall the mandate, it is

ORDERED that the motion is denied.

            PER CURIAM.


Copies to:

Patrick Hewitt
#03734-007
USP- Lewisburg
P.O. Box 1000
Lewisburg, PA  17837

John R. Fisher, Esquire
Assistant United States Attorney

aj