```
                        UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
```

_____  )
                              )
**PATRICK HEWITT,**           )
                              )
    **Petitioner,**   )
                              )
    v.               )    Civil Action No. 05-1861 (RWR)
                              )
**JOSEPH SMITH,**             )
                              )
    **Respondent.**   )
_____  )

## ORDER

Respondent has filed a motion to dismiss petitioner's petition for a writ of habeas corpus. Because respondent's motion could potentially dispose of this case, the Court will advise the *pro se* petitioner of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Neal v. Kelly, 963 F.2d 453, 456 (D.C. Cir. 1992).

Petitioner's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the petitioner is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

-2-

> Whenever a party has the right to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the respondent's motion in this case carries with it the risk that the case will be dismissed. Accordingly, it is hereby

ORDERED that petitioner shall file his response to respondent's motion to dismiss [Docket #7] no later than March 24, 2006. If petitioner does not respond by that date, the Court will treat the motion as conceded and dismiss the case.

SIGNED this 22nd day of February, 2006.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge