UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK HEWITT,** | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1861 (RWR) |
| **JOSEPH SMITH,** | ) |
| Respondent. | ) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that respondent's motion to dismiss [7] is GRANTED. The petition for a writ of habeas corpus is DENIED and the case is DISMISSED.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: 6-16-06